Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## Western District of Wisconsin

| | | |
|---|---|---|
| In re | Robert B Harley Jr. and Theresa A. Harley<br>*[Set forth here all names including married, maiden, and<br>trade names used by debtor within last 8 years.]* | ) |
| | | ) |
| | | ) |
| | | ) |
| | | ) |
| | Debtor | ) Case No. |
| | | ) 22-11582-cjf |
| Address | 3955 9th Drive, Wisconsin Dells, WI 53965 | ) |
| | | ) |
| | | ) Chapter |
| Last four digits of Social Security or Individual Tax-payer Identification<br>(ITIN) No(s).,(if any):         6153, 8788 | | ) 13 |
| | | ) |
| | | ) |
| Employer's Tax Identification (EIN) No(s).(if any): | | ) |
| | | ) |

**NOTICE OF MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 FOR RELIEF FROM THE AUTOMATIC STAY**

Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2, by its servicing agent Select Portfolio Servicing, Inc., the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively and at all times material hereto "the movant"), has filed papers with the court for an order for relief from the automatic stay.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before February 27, 2026, you or your attorney must:

File with the court a written objection to the motion and a request for a hearing at:

Clerk, U.S. Bankruptcy Court
U.S. Courthouse
120 N Henry St Ste 340
Madison, WI 53703-2559

If you mail your request and objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Shannon K. Cummings
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841

Mark W. Harring
Chapter 13 Trustee
122 West Washington Ave. Suite 500
Madison, WI 53703-2578

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __February 13 , 2026__          Signature: _____

                              Name:     __Shannon K. Cummings__

                              Address:  __Gray & Associates, L.L.P.__

                                        __16345 West Glendale Drive__

                                        __New Berlin, WI 53151-2841__

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

IN RE
Robert B Harley Jr. and Theresa A. Harley

Chapter: 13

Case No. 22-11582-cjf

Debtors.

## MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 FOR RELIEF FROM THE AUTOMATIC STAY

Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2, by its servicing agent Select Portfolio Servicing, Inc., the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively and at all times material hereto "the movant"), through its attorneys, Gray & Associates, L.L.P., hereby moves the court for an order for relief from the automatic stay pursuant to section 362(d) of the Bankruptcy Code and alleges as follows:

1.      The movant holds a promissory note and mortgage encumbering real property owned by the debtor(s) and located at 3955 9th Drive, Wisconsin Dells, Wisconsin 53965.   A copy of the note and mortgage are attached hereto and their contents are incorporated herein by reference.

2.      The entity which has the right to foreclose is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 by virtue of being the owner and holder of the note.

3.      That since the commencement of this case (or the resolution of the prior motion for relief

Drafted by:

Shannon K. Cummings
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: scummings@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose.   If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

from the automatic stay herein, if any), post-petition monthly mortgage payments have not been received as required by the terms of the plan in this case and, accordingly, the movant's records reflect that the following post-petition arrearage has accrued:

| | |
|---|---|
| 6/1/25 through 12/1/25 | $23,789.36 |
| 7 mortgage payments @ $3,398.48 | |
| 1/1/26 through 2/1/26 | 3,500.84 |
| 2 mortgage payments @ $1,750.42 | |
| Credits / Suspense | (907.85) |
| POST-PETITION ARREARAGE | $26,382.35 |

4.      That the default in payments constitutes "cause" for terminating the automatic stay under section 362(d)(1) of the Bankruptcy Code.

5.      That failure to make the monthly payments has resulted in the loss of adequate protection of the movant's interest in the encumbered property, thereby entitling the movant to relief from the automatic stay under section 362(d)(1) of the Bankruptcy Code.

WHEREFORE, the movant requests that the automatic stay be terminated pursuant to section 362(d) of the Bankruptcy Code so that the movant may protect, exercise and enforce its rights pursuant to that any order entered pursuant to this motion be effective immediately upon its entry and for such further relief as may be just and equitable.

Dated this _____13th_____ day of February, 2026.

Gray & Associates, L.L.P.
Attorneys for Movant

By: _____
Shannon K. Cummings
State Bar No. 1033710

The entity which has the right to foreclose is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 by virtue of being the owner and holder of the note.

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

IN RE
Robert B Harley Jr. and Theresa A. Harley

Chapter: 13

Case No. 22-11582-cjf

Debtors.

### CERTIFICATE OF SERVICE

I hereby certify that on February _____, 2026, the notice of motion and motion for an order for relief from the automatic stay was electronically filed in this case and served upon the following parties using the ECF system:

Mark W. Harring Trustee

Western District U.S. Trustee

Zachary J. Kluck

I further certify that on the same date, I mailed the same document(s) by the United States Postal Service to the following non-ECF participants:

Robert B Harley Jr.
3955 9th Drive
Wisconsin Dells, WI 53965

Theresa A. Harley
3955 9th Drive
Wisconsin Dells, WI 53965

Dated this _____ day of February, 2026.

_____
Stephanie E Weber, Bankruptcy Analyst
Gray & Associates, L.L.P.

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose.  If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.